IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McLendon, Eric D | Case Number: 06 B 12625 |
|---|---|---|
| | McLendon, Daisy J | Judge: Squires, John H |
| | Printed: 3/4/08 | Filed: 10/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 2, 2008
Confirmed: January 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 17,682.86 | |
| Secured: | | 15,197.05 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,584.00 |
| Trustee Fee: | | 887.40 |
| Other Funds: | | 14.41 |
| Totals: | 17,682.86 | 17,682.86 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,584.00 | 1,584.00 |
| 2. | US Bank | Secured | 17,059.56 | 10,535.30 |
| 3. | Consumer Portfolio Services | Secured | 13,826.04 | 1,600.56 |
| 4. | HSBC Auto Finance | Secured | 13,918.04 | 1,611.24 |
| 5. | City Of Chicago | Secured | 291.71 | 43.21 |
| 6. | US Bank | Secured | 6,814.95 | 1,406.74 |
| 7. | HSBC Auto Finance | Unsecured | 47.20 | 0.00 |
| 8. | Consumer Portfolio Services | Unsecured | 0.03 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 58.00 | 0.00 |
| 10. | U.S. Department Of Education | Unsecured | 945.16 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 741.69 | 0.00 |
| 12. | Corporate America Family CU | Unsecured | 146.54 | 0.00 |
| 13. | Capital One | Unsecured | 50.14 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 12.20 | 0.00 |
| 15. | World Financial Network Nat'l | Unsecured | 33.48 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 51.04 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 52.95 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 34.42 | 0.00 |
| 19. | GE Money Bank | Unsecured | 16.32 | 0.00 |
| 20. | AAA Collectors In | Unsecured | | No Claim Filed |
| 21. | AFNI | Unsecured | | No Claim Filed |
| 22. | AFNI | Unsecured | | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 24. | Claudia Gidea | Unsecured | | No Claim Filed |
| 25. | Citicorp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McLendon, Eric D  
McLendon, Daisy J  
Printed: 3/4/08

Case Number: 06 B 12625  
Judge: Squires, John H  
Filed: 10/4/06

| | | | | |
|---|---|---|---|---|
| 26. | Asset Acceptance | Unsecured | | No Claim Filed |
| 27. | HSBC | Unsecured | | No Claim Filed |
| 28. | Pathology Assoc Of Chicago | Unsecured | | No Claim Filed |
| 29. | Sage Telecon | Unsecured | | No Claim Filed |
| 30. | West Asset Management | Unsecured | | No Claim Filed |
| 31. | Sherman Acquisition | Unsecured | | No Claim Filed |

$ 55,683.47         $ 16,781.05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 533.68 |
| 5.4% | 353.72 |

$ 887.40

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____